# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-3397
LT Case No. 2022-CF-12230

_____

LOGAN ETIENNE,

    Petitioner,

    v.

STATE OF FLORIDA,

    Respondent.

_____

Petition for Belated Appeal.
A Case of Original Jurisdiction.

Andrea Hart, of Andera Hart Law, Jacksonville, for
Petitioner.

No Appearance for Respondent.

March 22, 2024

PER CURIAM.

    The petition for belated appeal is granted. A copy of this
opinion shall be filed with the trial court and be treated as the
notice of appeal from the July 19, 2023 judgment and sentence
rendered in Case No. 2022-CF-12230, in the Circuit Court in and
for Duval County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

HARRIS, KILBANE, and MACIVER, JJ., concur.

––––––––––––––––––––––––––––

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

––––––––––––––––––––––––––––